**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 09-14227-CIV-GRAHAM/WHITE

TORIANO ROBERTS,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Petitioner Toriano Roberts' Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 [D.E. 1].

**THIS MATTER** was initiated when pro se Plaintiff Toriano Roberts filed a petition for writ of habeas corpus attacking his convictions entered in Case No. 02-01231 in the Circuit Court of the Nineteenth Judicial Circuit of Florida at St. Lucie County. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 2].

The Magistrate Judge issued a Report recommending that the petition for writ of habeas corpus be dismissed as untimely filed pursuant to 28 U.S.C. §2244(d)(1)-(2) and, in the alternative, denied [D.E. 12]. The Petitioner has not filed objections to the Magistrate's Report.

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises. The Court concludes that Petitioner's claims are time-barred for the reasons specified in the Magistrate Judge's Report. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [D.E. 12]. In addition, it is

**ORDERED AND ADJUDGED** that Petitioner Toriano Roberts' Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending Motions are **DENIED** as Moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Toriano Roberts, pro se
    Counsel of Record